No. 428. HOSKYN & CO., INC. ET AL. *v.* SILVER LINE, LTD.;

No. 429. INTERNATIONAL STANDARD ELECTRIC CORP. ET AL. *v.* SILVER LINE, LTD.; and

No. 430. CHINA GENERAL EDISON CO., INC. *v.* SILVER LINE, LTD. November 6, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar* and *Henry N. Longley* for petitioners. *Mr. George de Forest Lord* for respondent.

No. 471. GOCHENOUR ET AL. *v.* CLEVELAND TERMINALS BUILDING CO. ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. J. Hall Kellogg* for Cleveland Terminals Building Co., and *Mr. Frederick L. Leckie* for Leckie et al., respondents.

No. 472. GALLAND-HENNING MANUFACTURING CO. *v.* LOGEMANN BROTHERS CO. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Geo. L. Wilkinson* for petitioner. *Mr. S. L. Wheeler* for respondent.

No. 474. JONES *v.* PATTERSON, MARSHAL, ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George B. Grigsby* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents.